SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>RONALD D. CHARYN, et al<br><br>          Defendants.<br>_____ | ) Case No. **2:11-cv-00297-FCD-EFB**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL JUNE<br>) 17, 2011 FOR DEFENDANTS RONALD<br>) D. CHARYN; CAROLYN ADDUCCI TO<br>) RESPOND TO COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Ronald D. Charyn; Carolyn Adducci, by and through their respective attorneys of record, Scott N. Johnson; Erick C. Turner, stipulate as follows:

          1. An extension of time has been previously obtained for Defendants Ronald D. Charyn;

Carolyn Adducci until May 18, 2011 to respond

or otherwise plead reference to Plaintiff's

complaint.

   2. Defendants Ronald D. Charyn; Carolyn Adducci

are granted an extension until June 17, 2011 to

respond or otherwise plead reference to

Plaintiff's complaint.

   3. Defendants Ronald D. Charyn; Carolyn Adducci

response will be due no later than June 17,

2011.

IT IS SO STIPULATED effective as of May 17, 2011


Dated:  May 17, 2011                /s/Erick C. Turner__ ___
                                    Erick C. Turner,
                                    Attorney for Defendants
                                    Ronald D. Charyn;
                                    Carolyn Adducci


Dated:  May 17, 2011                /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Ronald D. Charyn;

Carolyn Adducci shall have until June 17, 2011 to respond

to complaint.


Dated: May 17, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE