SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON, | ) Case No. **2:11-cv-00297-FCD-EFB** |
| | ) |
| Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| RONALD D. CHARYN, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: June 30, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE